**Order entered May 5, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00530-CV

### IN RE LOWELL MERRITT, Relator

**Original Proceeding from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-01387-2009**

## ORDER
Before Justices Francis, Myers and Schenck

Before the Court is relator's motion for leave to attach an order declaring him a vexatious litigant to his petition for writ of mandamus. By opinion and order dated April 28, 2015 we denied relator's petition for writ of mandamus. Accordingly, we **DENY** relator's motion as moot.

/s/     LANA MYERS
        JUSTICE